# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. FORD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:22-cv-00281-ACA-SGC |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

The magistrate judge entered a report on November 14, 2022, recommending the plaintiff's claims be dismissed, except for Count III asserting failure to protect against Captain Shannon Caldwell, Warden William Streeter, and Warden Deborah Toney. Although the magistrate judge advised the plaintiff of his right to file specific written objections and the consequences of failing to object, the court has not received any objections.

Mr. Ford's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. The court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. (Doc. 20). Consistent with that recommendation, the court **DISMISSES WITHOUT PREJUDICE** all of Mr. Ford's claims except

for his failure to protect claim against Captain Caldwell, Warden Streeter, and Warden Toney. The court **REFERS** the surviving claims to the magistrate judge for further proceedings.

The Clerk of Court is **DIRECTED** to provide a copy of this order to the plaintiff.

**DONE** and **ORDERED** this December 20, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE