# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. FORD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:22-cv-00281-ACA-SGC |
| DEBORAH TONEY, *et al.*,[1] | ) |
| Defendants. | ) |

## ORDER

On December 22, 2022, the plaintiff, Christopher Ford, filed a motion to dismiss, stating his wishes to "completely dismiss the complaint." (Doc. 24). The undersigned construes the plaintiff's motion as a notice of voluntary dismissal, and also interprets it as seeking to withdraw the pending motion for temporary restraining order. Unless the plaintiff notifies the court to the contrary within fourteen (14) calendar days, the court will proceed on this understanding and close this case entirely.

**DONE** this 22nd day of December, 2022.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The parties are **INSTRUCTED** to use this caption, reflecting the current parties, on all future filings.